HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GALLAGHER-KAISER CORPORATION, a Michigan corporation<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DPARTMENT OF TRANSPORTATION, by and through its FEDERAL AVIATION ADMINISTRATION,<br><br>Defendant. | CASE NO. 14-CV-0571 MJP<br><br>**ORDER OF DISMISSAL** |

The parties having so stipulated and agreed, it is hereby ORDERED that the above-captioned case is hereby DISMISSED without prejudice and without an award of costs or fees to any party. The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 20th day of May, 2014.

_[signature]_

Marsha J. Pechman
Chief United States District Judge

ORDER OF DISMISSAL- 1